An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DWAYNE PRESTON ARNDT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65189

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to modify sentence filed pursuant to NRS 176.033. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to motion to modify sentence filed pursuant to NRS 176.033, we lack jurisdiction. *Castillo v. State*, 106 Nev. 346, 352, 792, P.2d 1133, 1135 (1990); *Phelps v. State*, 111 Nev. 1021, 1022, 900 P.2d 344, 345 (1995). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

Supreme Court
OF
Nevada

(O) 1947A

14-23806

cc:    Hon. Jerome Polaha, District Judge
        Dwayne Preston Arndt
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk